
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 30 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SOFIA  FARQUHARSON,

JUDGMENT
04-CV- 4523 (JG)

Plaintiff,

-against-

NEW YORK CITY CIVIL SERVICE
COMMISSION,

Defendant.
-------------------------------------------------------------------X

A Memorandum and Order of Honorable John Gleeson, United States District

Judge, having been filed on September 26, 2005, granting the CSC's motion to dismiss;

directing the Clerk of Court to close civil case 04-CV- 4523; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the

CSC's motion to dismiss is granted; and that civil case 04-CV- 4523is closed.

Dated:  Brooklyn, New York
        September 28, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court